Tyrone HURT, Plaintiff—Appellant,

v.

William A. CLINTON, et al., Former President of the U.S.; Falun Gong; First Amendment Right to the U.S. Constitution; World Order; World Order Violations, Defendants—Appellees.

No. 12–1521.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2012.

Decided: Aug. 27, 2012.

Tyrone Hurt, Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006) and imposing a prefiling injunction. We have reviewed the

record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Hurt v. Clinton,* No. 1:08–cv–01050–LBM–TCB (E.D.Va. Oct. 21, 2008). We deny the motions to appoint counsel and to amend. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*